# ABSTRACT OF JUDGMENT

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MICHAEL H. HOLLAND, THOMAS O.S. RAND,
WILLIAM P. HOBGOOD, MARTY D. HUDSON,
ELIOTT A. SEGAL, GAIL R. WILENSKY, Ph.D.,
CARL E. VAN HORN, as Trustees of the
UNITED MINE WORKERS OF AMERICA
COMBINED BENEFIT FUND and

MICHAEL H. HOLLAND, MARTY D. HUDSON,
JOSEPH P. BRENNAN and B.V. HYLER as Trustees
of the UNITED MINE WORKERS OF AMERICA 1992
BENEFIT PLAN

                                            **Plaintiffs**

VS:                                      **CIVIL ACTION NO. 5:02-1454**

BLUESTONE COAL CORPORATION
BLUESTONE COAL SALES CORP.
BLUESTONE INDUSTRIES, INC.
BRIER PATCH, LTD.
KEYSTONE SERVICE INDUSTRIES, INC.
                                            **Defendants**

       **JUDGMENT** was rendered by the United States District Court for the Southern District of West Virginia, at Beckley, on the 16th day of September, 2005, in the above-entitled action, in favor of the plaintiffs against the defendants, Bluestone Coal Corporation, Bluestone Coal Sales, Corp., Bluestone Industries, Inc., Brier Patch, Ltd., and Keystone Service Industries, Inc., for the sum of One Hundred Twenty One Thousand, Eight Hundred Ninety-two and 31/100ths Dollars ($121,982.31), with legal interest thereon at the legal rate prescribed from said 16th day of September, 2005, until paid
       **ATTEST:**

                                                  TERESA L. DEPPNER, CLERK OF COURTS

                                              By     *[signature]*
                                                            Deputy Clerk