IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV - 1 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

MICHAEL H. HOLLAND, THOMAS O. S. RAND,
WILLIAM P. HOBGOOD, MARTY D. HUDSON,
ELLIOT A. SEGAL, GAIL R. WILENSKY and
CARL E. VAN HORN as Trustees of the
UNITED MINE WORKERS OF AMERICA
COMBINED BENEFIT FUND,
and
MICHAEL H. HOLLAND, MARTY D. HUDSON,
JOSEPH P. BRENNAN and B. V. HYLER, as
Trustees of the UNITED MINE WORKERS OF
AMERICA 1992 BENEFIT PLAN,

        Plaintiffs,

vs.                      CIVIL ACTION NO. 5:02-1454

BLUESTONE COAL CORPORATION,
a corporation;
BLUESTONE COAL SALES CORPORATION,
a corporation;
BLUESTONE INDUSTRIES, INC.,
a corporation;
BRIER PATCH, LTD. (THE),
a corporation;
and
KEYSTONE SERVICE INDUSTRIES, INC.,
a corporation,

        Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, on September 16, 2005, a judgment was recovered by the plaintiffs against the defendant in the above-entitled action; and

WHEREAS, said judgment has been fully paid to the plaintiffs.

THEREFORE, satisfaction of the said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

DATED: _Oct. 31_, 2005.

*[signature]*

GARY A. COLLIAS
Attorney at Law
122 Capitol Street, Suite 300
P.O. Box 70007
Charleston, WV  25301-0007
Telephone:  (304) 344-3653

COUNSEL FOR PLAINTIFFS