**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL H. HOLLAND, et al. | 5:02-1454 |

| DEFENDANT BLUESTONE COAL CORPORATION, BLUESTONE COAL SALES CORPORATION, BLUESTONE INDUSTRIES, INC., THE BRIER PATCH, LTD. and KEYSTONE SERVICE INDUSTRIES, INC. | TYPE OF PROCESS (Fieri Facias) WRIT OF EXECUTION |
|---|---|

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BLUESTONE COAL CORPORATION, BLUESTONE COAL SALES CORPORATION, BLUESTONE INDUSTRIES, INC., BRIER PATCH, LTD ("THE") and KEYSTONE SERVICE INDUSTRIES, INC.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
818 N. Eisenhower Dr., PO Box 1085, Beckley, WV 25801

Byrd E. White, III
Reg. Agent

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GARY A. COLLIAS, Attorney at Law
122 Capitol Street, Suite 300
PO Box 70007
Charleston, WV 25301-0007

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE HOLD FOR FURTHER INSTRUCTIONS

FILED
JAN 11 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (304) 344-3653

DATE: 9/30/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 08 | No. 08 | Melinda Brown | 10/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/10/06

Signature of U.S. Marshal or Deputy: Melinda Brown

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Return Unexecuted - Expired

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

# WRIT OF EXECUTION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

MICHAEL H. HOLLAND, THOMAS O.S. RAND,
WILLIAM P. HOBGOOD, MARTY D. HUDSON,
ELIOTT A. SEGAL, GAIL R. WILENSKY, Ph.D.,
CARL E. VAN HORN, as Trustees of the
UNITED MINE WORKERS OF AMERICA
COMBINED BENEFIT FUND and

MICHAEL H. HOLLAND, MARTY D. HUDSON,
JOSEPH P. BRENNAN and B.V. HYLER as Trustees
of the UNITED MINE WORKERS OF AMERICA 1992
BENEFIT PLAN
          **Plaintiffs**

VS:                        CIVIL ACTION NO. 5:02-1454

BLUESTONE COAL CORPORATION
BLUESTONE COAL SALES CORP.
BLUESTONE INDUSTRIES, INC.
BRIER PATCH, LTD.
KEYSTONE SERVICE INDUSTRIES, INC.
          **Defendants**

RECEIVED 2005 OCT 11 A 9: 59 U.S. MARSHAL CHARLESTON, WV

## IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA

Pursuant to judgment taken in this action on the 16th day of September, 2005.

We command you that of the goods and chattels of BLUESTONE COAL CORPORATION, BLUESTONE COAL SALES CORPORATION, BLUESTONE INDUSTRIES, INC., BRIER PATCH, LTD. AND KEYSTONE SERVICE INDUSTRIES, INC., in your bailiwick, you cause to be made the sum of $121,892.31, with interest thereon at the legal rate prescribed by law, until paid, which the above-named MICHAEL H. HOLLAND, et al., recovered against the named defendants and make your return thereof on the 29th day of December, 2005.

DATED: October 7, 2005

                                            TERESA L. DEPPNER, CLERK

                                            BY    [signature]
                                                  Deputy Clerk

## RETURN

Date Received: _____  Date Executed: _____

THIS WRIT WAS RECEIVED AND EXECUTED.

_____
UNITED STATES MARSHAL

_____
By Deputy U.S. Marshal